

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2015

No. 04-15-00485-CV

**IN THE INTERESTS OF B.L.B.**, et al,

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 14-02-0060-CVW
Honorable Melissa Uram-Degerolami, Judge Presiding

## O R D E R

Appellant Terrell Lynn Bush seeks to appeal from a final order terminating his parental rights. An appeal from such an order is accelerated. *See* TEX. FAM. CODE ANN. § 263.405. The trial court entered the final order of termination on May 13, 2015. Because this is an accelerated appeal, the notice of appeal was due on June 2, 2015. *See* TEX. R. APP. P. 26.1(b) (requiring notice of appeal to be filed within twenty days after the judgment is signed in an accelerated appeal; filing of a motion for new trial does not extend the appellate deadline). A motion for extension of time to file the notice of appeal was therefore due on June 17, 2015. *See* TEX. R. APP. P. 26.3 (providing a fifteen-day grace period after the deadline for filing notice of appeal). Appellant filed his notice of appeal on July 31, 2015, well after the deadlines for filing the notice of appeal and motion for extension of time to file the notice of appeal had expired. *See id.* Once the period for granting a motion for extension of time under Rule 26.3 has passed, a party can no longer invoke the appellate court's jurisdiction. *Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997).

It is therefore ORDERED that appellant Terrell Lynn Bush show cause in writing **within thirty (30) days from the date of this order** why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). If appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3(c). All deadlines in this matter are suspended pending resolution of the jurisdictional issue.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2015.



_____

Keith E. Hottle
Clerk of Court